IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JOHN MENDEZ, §
　§
　Plaintiff, §
　§
v. § Civil Action No. 4:18-cv-00026-O-BP
　§
WELLS FARGO BANK, N.A., §
　§
　Defendant. §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 16). No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 11) and **DISMISSES** Plaintiff's complaint **with prejudice**.

**SO ORDERED** on this **22nd day** of **February, 2019**.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Reed O'Connor
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE